**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6588

FELIBERTO DIAZ,

Plaintiff - Appellant,

versus

CHRISTOPHER MILLER; DEAN PRICE; ALVIN DANIELS;
HENRY WILLIAMS; CAPTAIN STONE; FRED B.
MURCHISON; HATTIE PIMPONG,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.    Terrence W. Boyle,
District Judge.  (5:04-ct-00492-BO)

Submitted: September 28, 2006        Decided: October 6, 2006

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Feliberto Diaz, Appellant Pro Se.   Elizabeth F. Parsons, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Feliberto Diaz appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>Diaz v. Miller</u>, No. 5:04-ct-00492-BO (E.D.N.C. Mar. 17, 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>